Danny Yadidsion (SBN 260282)
Shelley K. Mack (SBN 209596)
**LABOR LAW PC**
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 494-6082
danny@laborlawpc.com
shelley.mack@laborlawpc.com
calendar@laborlawpc.com

Attorneys for Plaintiff
CHANBOPHA LONG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANBOPHA LONG, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>IRON MOUNTAIN SECURE SHREDDING, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:26−cv−01126−RAO<br><br>*[Assigned for all purposes to Hon. Rozella A. Oliver]*<br><br>**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff hereby files this Suggestion of Death Upon the Record and gives notice of the death of Plaintiff Chanbopha Long, also known as Chanbopha Long Tobar ("Plaintiff").  Plaintiff passed away on April 23, 2026. A true and correct copy of her Death Certificate is attached hereto as Exhibit A.

Robert Tobar, Plaintiff's surviving spouse, is Plaintiff's successor-in-interest. Counsel for Plaintiff will file a formal Motion for Substitution within the time limit specified by Rule 25(a)(1) of the Federal Rules of Civil Procedure.

DATED:  June 30, 2026                                      LABOR LAW PC


By: _*Shelley K. Mack*_____
    Danny Yadidsion, Esq.
    Shelley K. Mack, Esq.
    Attorneys for Plaintiff
    CHANBOPHA LONG

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## HEALTH SERVICES AGENCY
# STANISLAUS COUNTY
### PUBLIC HEALTH DIVISION

3052026090560

**CERTIFICATE OF DEATH**

3202850001699

| | | |
|---|---|---|
| CHANBOPHA | | LONG |

CHANBOPHA LONG TOBAR — 01/31/1984 — 42 — F

CA — MARRIED — 04/23/2026 — 1422

HS GRADUATE — CAMBODIAN

DATA BASE SPECIALIST — MEDICAL — 10

2604 FINLANDIA AVENUE

MODESTO — STANISLAUS — 95356 — 30 — CA

LONG K. TEA, FATHER — 2612 BERNSTEIN DRIVE, MODESTO, CA 95358

ROBERT — TOBAR

LONG — K. — TEA — CAMBODIA

VANNA — OURNG — CAMBODIA

05/06/2026 — CERES MEMORIAL PARK — 1801 EAST WHITMORE AVENUE, CERES, CA 95307

BURIAL — JON R SALAS — EMB9148

SALAS BROTHERS FUNERAL CHAPEL — FD782 — THEOGNOSIA PAPASOZOMENOS MD — 04/30/2026

RESIDENCE

STANISLAUS — 2604 FINLANDIA AVENUE — MODESTO

HYPOXIC RESPIRATORY FAILURE — WKS

COLON CARCINOMA, METASTATIC — MOS

PLEURAL EFFUSION, MALIGNANT ASCITES, SEVERE PROTEIN CALORIE MALNUTRITION

COLON BIOPSY(DATE UNK.), THORACOSTOMY TUBE(DATE UNK.), PERITONEAL DRAIN (DATE UNK.)

JAMES CHRISTOPHER KNAPP, MD — G80371 — 04/30/2026

04/22/2026 — 04/23/2026 — 125 NORTH BROADWAY STE. 1A, TURLOCK, CA 95380 — JAMES CHRISTOPHER KNAPP, MD

This is to certify that this document is a true copy of the official record filed with the Stanislaus County Health Services Agency.

**DATE ISSUED**

05/08/2026

THEOGNOSIA PAPASOZOMENOS, MD, MPH
LOCAL REGISTRAR OF VITAL STATISTICS



0 0 1 0 2 9 1 3 8



This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**PROOF OF SERVICE**
**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**[C.C.P., §1013(a)]**

Chanbopha Long v. Iron Mountain Secure Shredding, Inc. et al.
United States Central District Court of California Case Number: 2:26−cv−01126−RAO

I am over the age of 18 and not a party to the within action; my business address is 100 Wilshire Blvd, Suite 700, Santa Monica, CA 90401. My email address is Dax.Inting@LaborLawPC.com.

On June 30, 2026, I served the following document(s):

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)**

On the following:

**Attorneys for Defendant**
**IRON MOUNTAIN SECURE SHREDDING, INC.**

Joshua A. Rodine, Esq.
Heather E. Horn, Esq.
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
jrodine@seyfarth.com
hhorn@seyfarth.com

( xx )   (BY CM/ECF NOTICE OF ELECTRONIC FILING) I electronically filed the document(s) with the Clerk of Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

(   )   (BY ELECTRONIC MAIL) Per local rules, I delivered such documents by electronic mail. My email address is Dax.Inting@LaborLawPC.com.

(   )   (BY FACSIMILE) I caused said document(s) to be transmitted by telecopier at approximately am/pm to the addressee(s) whose facsimile machine telephone numbers are indicated below.  The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

2

PROOF OF SERVICE

Executed on June 30, 2026.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<table>
<tr><td>Dax Inting</td><td>/s/ Dax Inting</td></tr>
<tr><td>Print Name</td><td>Signature</td></tr>
</table>

3